DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY A. TUCKER,**
Appellant,

v.

**JP MORGAN CHASE BANK, NATIONAL ASSOCIATION SUCCESSOR IN INTREST TO WASHINGTON MUTUAL BANK,**
Appellee.

No. 4D19-1877

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. CACE09-25050 (11).

Mary A. Tucker, Lauderhill, pro se.

John R. Byrne of León Cosgrove, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***